# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| KATRINA ANNE GRAVELY and ) <br> LUTHER DEAN GRAVELY, ) <br>   ) <br>   *Plaintiffs*, ) <br>   ) <br> v. ) <br>   ) <br> JANE DOE #1, JOHN DOE #1, JANE DOE #2 ) <br> JOHN DOE #2, FLOYD COUNTY ) <br> DEPARTMENT OF SOCIAL SERVICES, ) <br> TRACY BREWSTER, DAVID HOPE, ) <br> FIRST HOME CARE, DEPAUL FAMILY ) <br> SERVICES, and COURT APPOINTED ) <br> SPECIAL ADVOCATES OF THE NEW ) <br> RIVER VALLEY (CASA OF THE NRV) ) <br>   ) <br>   *Defendants*. ) | Case No. 7:18-cv-394-EKD |

## MOTION TO DISMISS

Defendant DePaul Community Resources[1] ("DePaul"), by counsel, submits this Motion to Dismiss the Complaint filed by plaintiffs Katrina Anne Gravely and Luther Dean Gravely ("Plaintiffs") pursuant to Federal Rule of Civil Procedure 12(b)(6).  For the reasons stated in DePaul's accompanying memorandum in support, DePaul respectfully requests that this Court dismiss Plaintiffs' Complaint against DePaul, with prejudice, and grant DePaul all other relief the Court deems just and proper.

---

[1] Plaintiffs incorrectly identify DePaul Community Resources as "DePaul Family Services."  The proper legal entity is DePaul Community Resources.

*{2344862-1, 027477-00028-01}*

2

Date: August 17, 2018               Respectfully submitted,

  /s/ Joshua R. Treece

Joshua R. Treece (VSB #79149)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1400
P.O. Box 14125
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
jtreece@woodsrogers.com

*Counsel for Defendant DePaul Community Resources*

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2018, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Patrick Michael McGraw (VSB #68425)
patmcgrawlaw@cox.net
McGRAW LAW, P.C.
The La Premiere Building
2727 Electric Road, Suite 207
Roanoke, VA 24018

*Counsel for Plaintiffs*

Stanley P. Wellman (VSB #27618)
swellman@hccw.com
Dannel C. Duddy (VSB # 72906)
dduddy@hccw.com
HARMAN, CLAYTOR, CORRIGAN &
WELLMAN
P.O. Box 70280
Richmond, VA 23255

*Counsel for Court Appointed Special Advocates of the New River Valley*

Katherine C. Londos
klondos@faplawfirm.com
Katherine M. DeCoster
kdecoster@faplawfirm.com
Nathan H. Schnetzler
nschnetzler@faplawfirm.com
FRITH, ANDERSON & PEAKE, PC
P.O. Box 1240
Roanoke, VA 24006

*Counsel for Floyd County Department of Social Services*, *Tracy Brewster & David Hope*

Neal H. Lewis, Esq. (VSB # 73142)
nlewis@hancockdaniel.com
HANCOCK, DANIEL & JOHNSON, PC
208 Sunset Drive, Suite 354
Johnson City, TN 37604

*Counsel for First Home Care*

/s/ Joshua R. Treece
Joshua R. Treece (VSB #79149)
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1400
P.O. Box 14125
Roanoke, Virginia 24011
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
jtreece@woodsrogers.com

*Counsel for Defendant DePaul Community Resources*